IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs

CRIMINAL 06-0299CCC

1) BARRY EDWARD PAGAN-NARVAEZ
2) HECTOR GONZALEZ-SUAREZ
a/k/a Palomo
3) MELVIN MENDEZ-ROLDAN a/k/a Mel
4) REY MANUEL RODRIGUEZ-ESPERON
5) JOSE L. CABRERA-COSME a/k/a Luis
Villalobos a/k/a Luis Canales
6) REYNALDO RODRIGUEZ-ESPERON
a/k/a Papolín
7) LUIS A. ACEVEDO-DONES
8) JERRY O. RODRIGUEZ-REYES
a/k/a Quiri
9) JONATHAN DE JESUS
10) ANTONIO BELTRAN-MARTINEZ
11) MIGUEL A. RIVERA-CANALES
a/k/a Miguel
12) IVAN DE JESUS-OSLAN a/k/a Uffy,
a/k/a Puffy
13) DELIA E. SANCHEZ-SANCHEZ
a/k/a Delia La Millonaria, a/k/a Delia Millones
14) JONATHAN AYALA-GARCIA
a/k/a Mikima, a/k/a Jonathan García-Ayala
15) SAMUEL A. APONTE-DENTON
a/k/a Sammy
16) MYRIAM FIGUEROA-CENTENO
a/k/a Myriam La Enana
17) VICTOR MASS a/k/a Nenito, a/k/a Víctor
Mass-Adorno
18) MARIA E. DIAZ-RAMOS
19) BARTOLOME FERREA-PINEDA
**20) BERNARDO PEÑA-CALO** a/k/a Zazule,
a/k/a Zazules
21) HIRAM J. AGRON-MARTINEZ
a/k/a Johan
22) ELMER RIVERA-SANTANA a/k/a Elme
23) ANGEL FIGUEROA-PINO
24) LUIS E. SANTIAGO-TORRES
25) FELIPE GONZALEZ-OJEDA a/k/a Pipe
26) MARIA Y. RAMIREZ-DEL-VALLE

Defendants

**ORDER**

On October 17, 2011, U.S. Magistrate Judge Marcos E. López held a hearing for defendant Bernardo Peña-Calo (20) to show cause why the term of supervised release

CRIMINAL 06-0299CCC                    2

being served by him should not be revoked for his failure to comply with the conditions imposed. The Magistrate Judge has made a preliminary finding that defendant has violated the terms of his supervised release (docket entry 1508). Accordingly, defendant Peña-Calo is hereby GRANTED a final term of eleven (11) days after notice to inform whether he will present any further argument or additional evidence on this issue before the Court makes its final ruling. The defendant is advised that, if no additional matters are raised, the final determination will be made based on the record before us.

The **final revocation hearing is set for November 16, 2011 at 4:30 PM**.

At this hearing, probationer will be entitled:

1. to the disclosure of evidence against him,
2. to present evidence in his own behalf,
3. to the opportunity to question witnesses against him, and
4. to be represented by counsel.

SO ORDERED.

At San Juan, Puerto Rico, on October 26, 2011.

                                                S/CARMEN CONSUELO CEREZO
                                                United States District Judge